# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2019

## NO. 03-18-00411-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**1st Global, Inc., Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the trial court on May 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court sustains the Comptroller's issues on appeal. The Court reverses the trial court's denial of the Comptroller's motion to dismiss and renders judgment dismissing 1st Global's attempted protest suit. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.